UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOCH CONNERS,<br><br>        Petitioner,<br><br>    v.<br><br>PFEIFFER,<br><br>        Respondent. | No. 2:19-cv-0638 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges prison officials have failed to provide him with a hearing regarding the alleged miscalculation of his release date.

      By order dated July 31, 2019, the court dismissed the original petition and granted petitioner thirty days leave to file an amended petition. (ECF No. 12.) Petitioner was advised that failure to file an amended petition would result in a recommendation that this action be dismissed. Those thirty days have passed, and petitioner has not filed an amended petition, requested additional time to file an amended petition, or otherwise responded to the court's order.

      Accordingly, the Clerk of the Court is HEREBY ORDERED to randomly assign a district judge to this action.

////

////

1

IT IS HEREBY RECOMMENDED that this action be dismissed.  <u>See</u> E.D. Cal. R. 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 21, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Habeas/conn0638.dism